VOJTECH DANO v. MARIA SZOMBATHY.

May 30, 1985.

Petition for certification denied.

BETTY CASTRO v. COPHRESKI TRAVEL BUREAU OF
NEW JERSEY, INC.

May 30, 1985.

Petition for certification denied.

WALTER M. WHITFIELD v. J. BLACKWOOD, M.D.

May 30, 1985.

Petition for certification granted.

ALICE BUCKLEY v. MAYOR AND TOWNSHIP COMMITTEE OF
THE TOWNSHIP OF JACKSON AND JOSEPH F.
MARTONE, ESQ.

May 30, 1985.

Petition for certification denied.